| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Corinne Lew | | REPORTER/FTR FTR: 9:56 - 9:59 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 6/21/07 | | NEW CASE □ | CASE NUMBER CR 07-70355 PVT |

## APPEARANCES

| DEFENDANT Gabriel German-Alarcon | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT C. Lie (provisionally) | PD. ☒ RET. □ APPT. □ |
|---|---|---|---|---|---|

| U.S. ATTORNEY J. Fazioli | INTERPRETER Spanish - T. Oros | FIN. AFFT SUBMITTED □ | COUNSEL APPT'D □ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER L. Weigel | DEF ELIGIBLE FOR APPT'D COUNSEL □ | PARTIAL PAYMENT OF CJA FEES □ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR time | □ PRELIM HRG time | □ MOTION time | □ JUGM'T & SENTG time | □ STATUS time |
|---|---|---|---|---|
| □ I.D. COUNSEL time | □ ARRAIGNMENT time | □ BOND SIGNING time | □ IA REV PROB. or S/R time | □ BAIL REVIEW time |
| □ DETENTION HRG time | □ ID/REMOVALHRG time | □ CHANGE PLEA time | □ PROB. REVOC. time | □ SUP REL HRG time |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 6/25/07 | □ I.D. COUNSEL | □ BOND SIGNING | □ STATUS RE: CONSENT | □ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 2:00 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR | □ CHANGE OF PLEA | □ BAIL REVIEW |
| BEFORE HON. Patricia V. Trumbull | ☒ DETENTION HEARING | □ ARRAIGN-MENT | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY/ REMOVAL | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |

## ADDITIONAL PROCEEDINGS