AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____Northern_____ DISTRICT OF _____California_____

UNITED STATES OF AMERICA

V.                                                **WAIVER OF INDICTMENT**

Gabriel German-Alarcon

CASE NUMBER: CR 07 00435 RMW

I, __Gabriel German-Alarcon__, the above named defendant, who is accused of

__Illegal Reentry After Deportation,__
__8 USC §1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/12/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

JUL 1 2 2007

CLERK, U.S. L
NORTHERN DISTRICT
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
                Judge