UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 8/6/2007 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No:** CR-07-0435 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** Lupita Arce (Spanish) |

## TITLE

U.S.A. v. Gabriel German-Alacron ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Cynthia Lie

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant German-Alarcon present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter. The Court continued this matter to 8/13/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 8/6/2007 to 8/13/2007 for effective preparation and continuity of counsel.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: