# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge: James Ware**
**Date:  8/13/2007**
**Case No: CR-07-0435 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**U.S. Probation Officer: N/A**
**Interpreter:   Lupita Arce (Spanish)**

## TITLE

**U.S.A. v. Gabriel German-Alarcon ( C)**

**Attorney(s) for Plaintiff(s): Richard Cheng for Benjamin Kennedy**
**Attorney(s) for Defendant(s): Cythnia Lie**

## PROCEEDINGS

**Status Conference**

## ORDER AFTER HEARING

**Hearing Held.  Defendant German-Alarcon present and in custody for proceedings.  The Defendant was aided by a Spanish language interpreter for proceedings.  The Court continued this matter to 8/20/2007 at 1:30 PM for Setting/Disposition.  Time is excluded from 8/13/2007 to 8/20/2007 to evaluate the criminal history of the defendant and to resolve this matter short of trial.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: