UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 8/20/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0435 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** Lupita Arce (Spanish) |

## TITLE

U.S.A. v. Gabriel German-Alarcon ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Cynthia Lie

## PROCEEDINGS

1. Disposition
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant German-Alarcon present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Defendant plead guilty as to Count 1 of the Information. A plea agreement was executed in open court. The Defendant was sentenced as to Count 1 of the Information. The Defendant is committed to 21 months BOP custody, 3 years Supervised Release, $100.00 special assessment.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: